# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
JUL 29 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-mj-**200** |
| GUMARO GOMEZ-GOMEZ | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 18, 2025__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____ SA/HSI
*Complainant's signature*

Allan Cannon, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/29/2025__

_____
*Judge's signature*

City and state: __Chattanooga, Tennessee__      Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A )
CRIMINAL COMPLAINT AGAINST ) CASE NO. 1:25-mj- 200
GUMARO GOMEZ-GOMEZ )
FOR VIOLATIONS OF 8 U.S.C. § 1326 )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Allan Cannon, being duly sworn, state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigation techniques, and other standardized methods of investigation regarding immigration violations.

2. I submit this affidavit for the limited purpose of establishing probable cause that Gumaro Gomez-Gomez has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included

1

every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4. On or about June 18, 2025, ICE's Enforcement and Removal Operations ("ERO") encountered Gomez-Gomez within the Eastern District of Tennessee. They then verified the identity of Gomez-Gomez via a fingerprint match to Alien File (A-file) number 205131898. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5. Following identity confirmation, Gomez-Gomez's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6. In addition, Gomez-Gomez's immigration files confirmed that he was previously convicted of an 8 U.S.C. § 1326 violation in the Northern District of Georgia in Case No. 4:23-cr-9, *United States v. Gumaro Gomez-Gomez*. Following his conviction, Gomez-Gomez was ordered removed from the United States to Mexico on or about June 3, 2024, at or near Lumpkin, Georgia.

7. Before his federal conviction, Gomez-Gomez's files showed that he was also removed from the United States following a 2011 conviction for sexual battery against a child under 16 years old in the Superior Court of Meriwether County, Georgia in Case No. 2011-cr-0301.

8. I have examined the documentation in Gomez-Gomez's immigration file and found no evidence indicating that he has sought or received permission from the

Secretary of Homeland Security to reenter the United States following his prior removals.

9. Based on the foregoing, I believe there is probable cause to conclude that Gomez-Gomez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Gumaro Gomez-Gomez.

Respectfully submitted,

*Allan Cannon* SA/HSI
ALLAN CANNON
HSI SPECIAL AGENT

Sworn to and subscribed before me this 29th day of July 2025.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE