**JUDGMENT:** Case No. 1:25-cr-95     USA v. Gumaro Gomez-Gomez

**PRESENT:** Honorable Travis R. McDonough   ☑ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

| Russ Swafford | Everett Hoagland | Grant Baker |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Courtney Camp | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter  ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☐ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☑ granted ☐ denied

☑ Deft speaks  OR  ☐ Deft declines to speak

Document(s) PSR   ☐ unsealed  ☑ remain sealed

**TESTIMONY BY:** ___

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** 24 MONTHS on COUNT(s) 1, to run concurrently with the sentence imposed in 1:25-cr-91

**SUPERVISED RELEASE/PROBATION:** 1 YEARS on COUNT(s) 1

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☐ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☑ submit to search
- ☐ perform ___ hours of community service
- ☐ comply with any BICE deportation orders
- ☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☑ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** ___

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** substance abuse treatment; high school equivalency; mental health eval

**RESTITUTION:**

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** ___  OR  ☐ Waived   **SPECIAL ASSESSMENT:** $100.00   ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☐ Remaining counts dismissed

Deft  ☑ remanded to custody of U.S. Marshal  ☐ remained in custody  ☐ remained on bond

Deft to self-report on or before ___ at ___

Time: 9:35 to 9:45    Date: 2/13/2026